WWR# 042230616

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
AT SAN DIEGO

| | |
|---|---|
| IN RE: | CASE NO. 26-02680 |
| DUSTIN MILNER | CHAPTER 7 |
| | JUDGE CHRISTOPHER B. LATHAM |
| DEBTOR(S) | |

### **REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Amelia Figler
Amelia Figler
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Amelia Figler
Weltman, Weinberg & Reis Co., L.P.A.
5990 West Creek Rd, Suite 200
Independence, OH 44131
Telephone: (877) 255 6111
Facsimile: (216) 739-5680
Email: BNK-LegalSupport@weltman.com
WWR# 042230616
Agent for Creditor

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re Dustin Milner | | |
|---|---|---|
| | Debtor(s) | BANKRUPTCY NO.    26-02680 |
| | Plaintiff(s) | ADVERSARY NO. |
| | Defendant(s) | |

# PROOF OF SERVICE

I,  Amelia Figler  am a resident of the State of Ohio, over the age of 18 years, and not a party to this action.

On  07/02/2026  , I served the following documents:

Request for Notice

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  07/01/2026  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Marc C. Forsythe, Attorney for Debtor, at mforsythe@goeforlaw.com

☒    Chapter 7 Trustee:
RONALD E. STADTMUELLER, at ronstadtmueller@aol.com

☒    For Chapter 7, 11, & 12 cases:          ☐    For Chapter 13 cases:
UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                                mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.     **Served by United States Mail**:

On _____07/02/2026_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Dustin Milner
1262 Kettner Blvd Unit 1504
San Diego, CA 92101-3460

3.     **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on     07/02/2026                              /s/ Amelia Figler
                      (Date)                                  (Typed Name and Signature)

                                                          5990 West Creek Rd, Suite 200
                                                          (Address)

                                                          Independence, OH 44131
                                                          (City, State, ZIP Code)